There was sufficient evidence of identification to support the conviction. The trial judge properly charged the jury relative to the law dealing with identification under the facts present in this case.

The evidence was for the jury and the conviction is sustained. The motions in arrest of judgment and for a new trial were properly refused. Cf. *Com. v. Tyson,* 194 Pa. Superior Ct. 593, 168 A. 2d 785.

Judgment of sentence is affirmed.

Randazza et ux., Appellants, *v.* Alberts et ux.

Argued April 11, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Daniel M. Berger,* with him *Berger & Berger,* for appellants.

*Lee L. Leonard,* for appellees.

OPINION PER CURIAM, June 15, 1961:
The Order of the County Court of Allegheny County is affirmed on the opinion of Judge JOHN G. BROSKY for the court below, reported at 24 Pa. D. & C. 2d 143.

Al Zeffiro Transfer and Storage Co., Appellant, *v.* Pennsylvania Public Utility Commission.